FILED: December 2, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4468

(8:10-cr-00308-AW-4)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

NERY GUSTAVO RAMOS DUARTE, a/k/a El Diablo

   Defendant - Appellant

_____

O R D E R

_____

The court denies the motion for extension of time to file opening brief and appendix without prejudice. Counsel may re-file motion to suspend briefing accompanied by a copy of a transcript purchase order for desired additional transcript.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk