FILED: December 3, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4468

(8:10-cr-00308-AW-4)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

NERY GUSTAVO RAMOS DUARTE, a/k/a El Diablo

  Defendant - Appellant

_____

O R D E R

_____

  The court rescinds the briefing schedule in this case. The parties will be notified when a new briefing order is entered.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk