FILED: February 25, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4468

(8:10-cr-00308-AW-4)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

NERY GUSTAVO RAMOS DUARTE, a/k/a El Diablo

       Defendant - Appellant

_____

O R D E R

_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 1,100 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk