FILED: February 27, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4468

(8:10-cr-00308-AW-4)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

NERY GUSTAVO RAMOS DUARTE, a/k/a El Diablo

      Defendant - Appellant

_____

O R D E R

_____

      Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

      The court grants appellant leave to file a joint appendix not to exceed 1150 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk