FILED: May 1, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4468

(8:10-cr-00308-AW-4)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

NERY GUSTAVO RAMOS DUARTE, a/k/a El Diablo

        Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to file response brief out of time as of 04/25/2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk